No. 12–5159. KENDRICK v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 12–5160. MARTINEZ-CASTRO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–5161. NIETO-ROJAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–5162. PATE v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 12–5164. NDOROMO v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 12–5166. LAMB v. MICHIGAN. Cir. Ct. Wayne County, Mich. Certiorari denied.

No. 12–5167. WHITE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–5168. TURNER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–5169. COLLINS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 12–5171. PAIGE v. UNKNOWN PARTIES ET AL. C. A. 6th Cir. Certiorari denied.

No. 12–5172. CUNNINGHAM v. BERGHUIS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–5173. HINTON v. BAILEY, SHERIFF, MECKLENBURG COUNTY, NORTH CAROLINA, ET AL. Sup. Ct. N. C. Certiorari denied.

No. 12–5174. HORMACHEA v. FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 12–5175. GORBEY v. WEST VIRGINIA ET AL. Sup. Ct. App. W. Va. Certiorari denied.

No. 12–5176. FLOWERS v. SMALL, WARDEN. C. A. 9th Cir. Certiorari denied.